UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, a limited liability
Company, and

DAVID BOTTON, individually and as manager
Of Kirkland Young, LLC,

    Defendants.
_____/

## **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court upon the application of Rafael S. Garcia, counsel for Defendants, for permission to appear and participate pro hac vice in the above-styled case only. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED. All further filings in the above-noted case shall be sent to counsel of record, Rafael S. Garcia at Rgarcia@conradscherer.com. The Clerk shall enter this information to the Court docket.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this 24th day of November, 2009.

                                                  _____
                                                  ALAN S. GOLD
                                                  UNITED STATES DISTRICT JUDGE

Copies Furnished To:
All counsel of record