UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

Kirkland Young, LLC, a limited liability
company, and David Botton, individually and as
manager of Kirkland Young, LLC,

    Defendants.



## ORDER UNSEALING CASE

THIS CAUSE is before the Court *sua sponte*. The Court having received a copy of the Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction, and Emergency Motion to Dissolve Ex Parte Temporary Restraining Order with Asset Freeze and Other Equitable Relief, it is hereby:

ORDERED AND ADJUDGED:

1. The Court hereby directs the Clerk to Unseal the above-captioned case. All previous pleadings shall be placed on the Court docket for Public viewing.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of November, 2009.

                        THE HONORABLE ALAN S. GOLD
                        UNITED STATES DISTRICT JUDGE

cc: Via E-mail at:
Chris Couillou, Esq. CCOUILLOU@FTC.GOV
Sana Coleman Chriss, Esq. SCHRISS@FTC.GOV
Gregory Barthelette, Esq. Via telefax to 954.463.9244
Mark Raymond, Esq. [Receiver] Mraymond@broadandcassel.com