UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

Kirkland Young, LLC, a limited liability
company, and David Botton, individually and as
manager of Kirkland Young, LLC,

    Defendants.



FILED by \_\_\_\_ D.C.

NOV 24 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## ORDER SETTING TELEPHONIC HEARING ON DEFENDANT'S EMERGENCY MOTION TO STAY EXPEDITED DISCLOSURE PROVISIONS OF TRO AND FOR A PROTECTIVE ORDER PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court upon the Defendant's **Emergency Motion to Stay Expedited Disclosure Provisions of TRO and for a Protective Order Pending Resolution of Plaintiff's Motion for Preliminary Injunction**. This Court has reviewed the Defendant's Emergency Motion, and finds as follows:

1. The Court will conduct *a telephonic* hearing to address the Defendant's request for relief on Tuesday, November 24, 2009 at 3:30 p.m. The telephonic hearing will be conducted at the Wilkie D. Ferguson Courthouse, 400 N. Miami Avenue, Courtroom 11-1, Miami, Florida. **All counsel shall call 1-866-208-0348 on the above date and time. Please refer to Conference ID# 43746000.** Please be prompt.

2. Plaintiffs may file a brief response to the Defendant's emergency motion on or before, Tuesday, November 24, 2009 at 12:00 noon.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of November, 2009.

                                                THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

cc: Via E-mail at:
Chris Couillou, Esq. CCOUILLOU@FTC.GOV
Sana Coleman Chriss, Esq. SCHRISS@FTC.GOV
Gregory Barthelette, Esq. Via telefax to 954.463.9244
Mark Raymond, Esq. [Receiver] Mraymond@broadandcassel.com