UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

KIRKLAND YOUNG, LLC, et al.,

     Defendants.

_____/

ORDER SETTING ORAL ARGUMENT

_____   THIS CAUSE is before the Court upon Receiver's Motion to Employ Legal

Counsel **[DE 32]**, Receiver's Motion to Employ Accounting Firm **[DE 34],** Defendant

David Bottom's Omnibus Motion **[DE 58]**, Defendant David Bottom's Motion to

Amend/Correct TRO **[DE 60],** and Receiver's Motion to Extend Receivership to Include

ABK Consultants, Inc. **[DE 63]**.  I have reviewed the Motions and have determined that

oral argument is necessary in this case on an expedited basis.  Oral argument on the

above Motions is hereby set before the Honorable Alan S. Gold, at the United States

District Courthouse, Courtroom 11-1, Eleventh Floor, 400 North Miami Avenue, Miami,

Florida, on **Thursday, December 17, 2009 at 4:00 p.m.**  The Court has set aside one

hour for this matter.  Any responses to the above-referenced Motions shall be filed no

later than **Wednesday, December 16, 2009, at 5:00 p.m.**

     DONE AND ORDERED in Chambers in Miami, Florida this 15th day of
December, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record