UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23507-CIV-GOLD/MCALILEY

**FEDERAL TRADE COMMISSION,**

        **Plaintiff,**

vs.

**KIRKLAND YOUNG, LLC., et al.**

        **Defendant.**

_____/

## NOTICE OF FILING

This Cause came before the Court *sua sponte*. The Court having received a letter from *SFC Benjamin R. Waring, U.S. Army (Ret)*,

IT IS HEREBY noted:

1. The Court is in receipt of a letter from *SFC Benjamin R. Waring, U.S. Army (Ret)*, in reference to the above-captioned case. The letter is hereby referred to the Receiver for review and appropriate action.

2. The Court hereby attaches a copy of said letter to this Notice to be made a part of the Public Record for the docket in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of February 2010.

                                                  *[signature]*
                                                **ALAN S. GOLD**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record
*SFC Benjamin R. Waring, U.S. Army (Ret)*
*7684 State Rt. 40*
*Hartford, NY 12838*

Dear Sir,

My name is Ben Waring. Over a year ago I got involved with Kirkland Young to get my mortgage modified. Because of their foot dragging and the money they sugested I put into an escrow account my home has moved into forclosure. I don't see any way to stop that now. Where you may be able to help me is to bring whatever force you can to bear on them to send me the money out of the escrow account. We also have a second mortgage and I just found out that they would be willing to settle for 1/10th of what we owe but the window of oppertunity is small. According to the k-y website they are disbursing funds but people in my situation are at the bottom of the list. If you would like verification of anything I said please e-mail me at bwaring2@yahoo.com and I will be happy to provide all the information you require.

SFC Benjamin R. Waring
U.S. Army (Ret)