UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, a Florida limited liability
company, and DAVID BOTTOM, individually and
as manager of KIRKLAND YOUNG, LLC,

    Defendants.

_____/

## CORRECTED ORDER ON JOYCE BOTTON'S MOTION TO MODIFY EX PARTE RESTRAINING ORDER WITH ASSET FREEZE

THIS CAUSE came before this Court on JOYCE BOTTON'S Motion To Modify Ex-Parte Restraining Order With Asset Freeze [DE 108] and the Court having reviewed the Motion filed and being otherwise advised in the Premises, the Court finds the following:

1. Joyce Botton and Defendant Samy Botton, each are the owners of a one half interest in the long term lease of the following real property located at 901-913 Broadwalk, Hollywood, Florida ("Long Term Lease").

2. The Long Term Lease is being rented out and producing income after the payment of all expenses of operations, and Joyce Botton is entitled to one half of the net income produced after expenses.

3. Defendant Samy Botton stipulated and agreed in January 2010 that the Ex Parte Temporary Restraining Order with Asset Freeze [DE19] would apply to him. [*See* DE 100].

It is hereupon, ORDERED AND ADJUDGED that

The Ex Parte Temporary Restraining Order with Asset Freeze is hereby modified to allow for distributions to Joyce Botton of one half of the net income remaining after payment of the applicable expenses of the operation and maintenance from the Long Term Lease

Joyce Botton shall be permitted to take distributions of one half of the net income, commencing for the month of January 2010, being the month when the Ex Parte Temporary Restraining Order with Asset Freeze was consented to by Defendant Samy Botton and the Court's order of January 6, 2010 [DE 100] through and including the termination of this action.  In determining the amount of distributions that Joyce Botton shall be permitted, in addition to the reduction for the monthly expenses paid, a reduction shall be taken into account each month for a reserve to cover the annual expenses for real estate taxes, insurance and miscellaneous operating expense, with the initial amount of the reserve established in the amount of Two Thousand Five Hundred ($2,500.00) Dollars. Joyce Botton shall be entitled to one half of the net amount remaining after these reductions and such other reductions as may be necessary for any extraordinary expenses.

Joyce Botton, including her appointed representatives shall be entitled to take over the operations and management of the aforementioned Lease from Defendant Sammy Botton and shall be authorized to make all necessary, required and permitted payments and distributions.  Defendant Sammy Botton shall deliver to Joyce Botton or her representative all documents related to the operations and maintenance of the aforementioned Long Term Lease.

Joyce Botton shall provide to Plaintiff, Federal Trade Commission monthly reports

of the income, expenses, reserves and distributions related to the Long Term Lease.

IT IS FURTHER ORDERED, that distributions attributable to Defendant Samy Botton's one half interest in the Long Term Lease can be made to Richard A. Sharpstein, Esquire, for legal fees for services rendered and invoiced to Samy Botton in this matter. Such distributions shall be limited to one half of the monthly net income from the Long Term Lease commencing January 2010 minus a reduction each month for a reserve to cover annual expenses for real estate taxes, insurance and miscellaneous operating expenses of the Long Term Lease. In addition, the amount available for distribution shall be reduced to establish an initial reserve amount of Two Thousand Five Hundred ($2,500.00) Dollars that will be added to with an equal amount each month going forward. The authorized signors on the bank account of J.D.B.A.S., Inc., are permitted to make the distributions provided for in this Order.

DONE AND ORDERED in Chambers, Miami, Florida on this 11th day of May, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATED DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
　　All Counsel of Record