UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, a limited liability
company, and DAVID BOTTOM, individually and as
manager of Kirkland Young, LLC,

    Defendants.

_____/

<u>ORDER GRANTING IN PART RECEIVER'S MOTION FOR AUTHORIZATION TO
DISTRIBUTE PROOFS OF CLAIMS AND ESTABLISH BAR DATE</u>

THIS CAUSE is before the Court on the above-referenced Motion **[DE 114]**. Having heard the parties' arguments at the telephonic hearing on June 14, 2010, and having reviewed the parties' submissions and the Court file, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Receiver's Motion **[DE 114]** is GRANTED in part, as set forth of record.

2. The parties have agreed to confer regarding the Court's comments on the matters raised in the Receiver's Motion and to incorporate such comments, to the extent practical, in a revised Proof of Claim Form. Once the parties have come to an agreement, they shall file the revised proposed Proof of Claim Form with the Court for approval.

2. The Court will reserve ruling on the manner and method of distribution of the Receivership's assets for a future time.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 16th day of June, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
United States Magistrate Judge Chris M. McAliley
All Counsel of Record