UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-23507-Civ-Gold/McAliley

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, a limited
liability company, ATTORNEY AID, LLC, a
limited liability company, DAVID BOTTON,
individually and as manager of KIRKLAND
YOUNG, LLC, APRIL BOTTON
KRAWIECKI, and SAMY BOTTON,

    Defendants.
_____/

## RECEIVER'S NOTICE OF FILING PROOF OF CLAIM FORM

    Mark F. Raymond, in his capacity as Receiver, by and through undersigned counsel, hereby files this agreed Proof of Claim Form in accordance with the Court's Order of June 16, 2010 [DE 145]. A copy of the Proof of Claim Form is attached to this Notice as Exhibit "A".

    Respectfully submitted,

    BROAD AND CASSEL

    Attorneys for Receiver
    One Biscayne Tower, 21st Floor
    2 South Biscayne Boulevard
    Miami, Florida  33131
    Telephone: 305.373.9400
    Facsimile:   305.373.9443

    By: /s/ David B. Rosemberg
        David B. Rosemberg, Esq.
        Florida Bar No.: 0582239

*Case No.: 09-23507-Civ-Gold/McAliley*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David B. Rosemberg
David B. Rosemberg, Esq.

*Case No.: 09-23507-Civ-Gold/McAliley*

## SERVICE LIST

**Chris M. Couillou, Esq.**
**Sana C. Chriss, Esq.**
Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, GA 30303
Tel:  404.656.1353 (Couillou)
      404.656.1364 (Chriss)
Fax: 404.656.1379
e-mail: ccouillou@ftc.gov; schriss@ftc.gov
*(via facsimile and U.S. Mail)*

**Doug Brown, Esq.**
Rumburger Kirk and Caldwell
Attorneys For David Botton
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
Tel.:  407.872.7300
Fax:  407.841.2133
e-mail: dbrown@rumberger.com
*(via facsimile and U.S. Mail)*

**Darren Keith McCartney**
Rumberger Kirk & Caldwell
300 S Orange Avenue
Suite 1400
Orlando, FL 32802-1873
Tel:  407.872.7300
Fax:  407.841.2133
e-mail: dmccartney@rumberger.com
*(via facsimile and U.S. Mail)*

**Amanda Maxwell, Esq.**
Robert D. Hertzberg, P.A.
Bank of America Tower, Suite 3550
100 SE 2nd Street
Miami, FL 33131
Tel:  305.371.6060
Fax:  305.358.5917
e-mail: amaxw@aol.com
*(via facsimile and U.S. Mail)*

**Mark F. Raymond, Receiver**
One Biscayne Tower, 21st Floor
2 South Biscayne Tower
Miami, FL 33131
Tel:  305.373.9400
Fax: 305.373.9443
e-mail: MRaymond@BroadandCassel.com
*(via e-mail)*