UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23507-CIV-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, a limited liability
company, and DAVID BOTTOM, individually and as
manager of Kirkland Young, LLC,

    Defendants.

_____/

## ORDER APPROVING AGREED PROOF OF CLAIM FORM

THIS CAUSE comes before the Court upon the Receiver's Notice of Filing Proof of Claim Form **[DE 146]**. Having reviewed the submission and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Proof of Claim form is hereby APPROVED.

2. The Receiver shall mail or e-mail the Proof of Claim Form [DE 146-1] to current customers and creditors no later than thirty (30) days after the date of this Order. The Receiver shall also e-mail the Proof of Claim to former customers; to the extent e-mail records are available to the Receiver.

3. The Receiver shall also publicize notice of the pendency of this Receivership proceeding in a national publication, for three days over a two week period. Such notice shall be sufficient to discharge the Receiver and the Receivership Entities from its obligations to provide notice, if any, to former

customers and creditors who may not have knowledge of the pendency of the receivership proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of June, 2010.

_____
HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Chris M. McAliley
All counsel of record