UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-23507-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

KIRKLAND YOUNG, LLC, et al.,

    Defendants.

## ORDER APPROVING SECOND INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES [ECF No. 187]

THIS CAUSE came before the Court on the Second Interim Application for Allowance of Fees and Expenses to the Receiver for Kirkland Young, LLC, Attorney Aid, LLC and ABK Consultants, Inc., and his professionals (the "Application"). **[ECF No. 187]**. The Court, having reviewed the Application and the entire court file in this matter and being otherwise duly advised in the premises, finds that the following interim allowance is reasonable and appropriate under the applicable equitable principles governing federal receiverships in actions such as the instant one.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1.     The Application is granted as filed.

2.     The following amounts shall be paid to the Receiver and his professionals:

|  | Receiver | Counsel | Expenses | Total By Month |
|---|---|---|---|---|
| **Broad and Cassel** | | | | |
| April, 2010 | $1,768.00 | $20,046.00 | $100.58 | **$21,914.58** |
| May, 2010 | $5,406.00 | $31,636.00 | $499.41 | **$37,541.41** |
| June, 2010 | $782.00 | $10,252.50 | $815.33 | **$11,849.83** |
| July, 2010 | $578.00 | $15,768.00 | $421.29 | **$16,767.29** |
| August, 2010 | $1,190.00 | $21,794.00 | $153.41 | **$23,137.41** |
| September, 2010 | $2,890.00 | $32,362.00 | $1,065.19 | **$36,317.19** |
| **Sharpton, Brunson & Company, P.A.** | | | | |
| November 2009 | | | | **$1,280.00** |
| April, 2010 | | $1,280.00 | | **$21,880.00** |
| May, 2010 | | $21,880.00 | | **$7,400.00** |
| June, 2010 | | $7,400.00 | | **$1,600.00** |
| July, 2010 | | $1,600.00 | | **$10,400.00** |
| August, 2010 | | $10,400.00 | | **$17,280.00** |
| September, 2010 | | $17,280.00 | | **$20,465.00** |
| | | $20,465.00 | | |

3. This Order is without prejudice to the rights of the above Applicants to apply for payment of additional compensation and reimbursement for services and expenses not covered by this Application.

DONE and ORDERED in the Southern District of Florida, this ____ day of November, 2010.

HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc
U.S. Magistrate Judge Chris M. McAliley
All counsel of record