UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23507-GOLD/MCALILEY

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

Kirkland Young, LLC, a limited liability company, Attorney Aid, LLC, a limited liability company, David Botton, April Botton Krawiecki and Samy Botton,

    Defendants.

_____/

### RECEIVER'S RESPONSE TO AUGUST 2, 2011 ORDER REQUESTING POSITION FROM THE RECEIVER REGARDING LETTER FROM KIRKLAND YOUNG CUSTOMER

Mark F. Raymond, Court-appointed Receiver, hereby responds to the Court's August 2, 2011 Order Requesting Position from Receiver regarding a letter from Kirkland Young customers James and Rhoda Trinity, and states as follows:

James and Rhoda Trinity engaged Kirkland Young to provide them with loan modification services on March 21, 2009. Subsequently, on May 27, 2009, Kirkland Young assigned its loan modification agreement with the Trinity's to the law firm of Michael Botton, P.A. James and Rhoda Trinity consented to the transfer by countersigning the assignment of modification agreement.

In connection with these services, Kirkland Young established an escrow

account on behalf of the Trinity's so they could make a making qualifying payment to their mortgage lender, assuming their lender approved their request for a loan modification.  Based on the Receiver's review of Kirkland Young's records, it appears that Kirkland Young debited $1,200 from the Trinity's bank account on the following dates: April 29, 2009, June 1, 2009, June 29, 2009, and July 29, 2009.  Kirkland Young also attempted to debit funds from the Trinity's account in August, 2009, September, 2009, and October, 2009 but was unable to obtain the funds for reasons not known to the Receiver.  On October 23, 2009, the Trinity's issued a check in the amount of $3,600 to Michael Botton P.A. IOLTA to cover the shortfall in their escrow account.  Although that check was cashed by Kirkland Young prior to entry of the Receivership, the funds were never transferred by Kirkland Young (or Michael Botton P.A.) into the Trinity's escrow account.  In addition, Kirkland Young did not update its records to reflect receipt of that payment.  As a result, the Receiver was unable to verify the Trinity's claim for repayment of this amount.

Throughout the claims process, the Receiver made numerous attempts to obtain documentation from the Trinity's to support their request for a refund of the $3,600 payment made to Michael Botton IOLTA.  The Receiver needed to verify that the payment was in fact made and that the Trinity's bank had not credited those funds back into their bank account after entry of the November 19, 2009

Receivership Order.  By the time the Trinity's had fully complied with the Receiver's request, the Receiver had already made the escrow account distributions pursuant to the Court's April 6, 2011 Order.   Notably, even if the Receiver had the ability to timely verify the Trinity's claim, he could not have distributed those funds because they had not been deposited by Kirkland Young into the Trinity's escrow account.

The Receiver notes that he has earmarked an amount of funds for the Trinity's, and for other Kirkland Young customers who have made similar claims, and will distribute these funds during the second phase of the distribution process. As indicated in the Receiver's Fourth Report, the Receiver has nearly completed his proposed distribution plan and he will shortly submit his proposal to the FTC and to this Court for review.

The Receiver also notes that, according to Kirkland Young's records, the Trinity's received a stipulated forbearance in March 2010, through the assistance of Kirkland Young's Receivership staff.   The Receiver is in the process of retrieving additional records from its offsite storage facility so that he may submit them to the Court for review.  The Receiver will advise the Court once he completes his investigation of this matter.  Of course, in the event that Kirkland Young made an error in its recordkeeping, the Receiver will credit any back-end fees paid to the Receivership back to the Trinity's account.

CASE NO. 09-23507-GOLD/MCALILEY

Respectfully submitted,

BROAD AND CASSEL

Attorneys for Receiver
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.373.9400
Facsimile:   305.373.9443

By: /s/ David B. Rosemberg
      David B. Rosemberg, Esq.
      Florida Bar No.: 0582239


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David B. Rosemberg
David B. Rosemberg, Esq.


*CASE NO. 09-23507-GOLD/MCALILEY*

## SERVICE LIST

**Chris M. Couillou, Esq.**
**Sana C. Chriss, Esq.**
Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, GA 30303
Tel:  404.656.1353 (Couillou)
       404.656.1364 (Chriss)
Fax: 404.656.1379
e-mail: ccouillou@ftc.gov
        schriss@ftc.gov

**Douglas Brown, Esq.**
Rumburger Kirk and Caldwell
Attorneys For David Botton
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
Tel.:  407.872.7300
Fax:  407.841.2133
e-mail: dbrown@rumberger.com

**Darren Keith McCartney, Esq.**
Rumberger Kirk & Caldwell
300 S Orange Avenue, Suite 1400
Orlando, FL 32802-1873
Tel:  407.872.7300
Fax:  407.841.2133
e-mail: dmccartney@rumberger.com

**Michael Holt, Esq.**
Rumberger Kirk & Caldwell P A
80 SW 8th Street, Suite 3000
Miami, Florida 33130
Tel.:  305.358.5577
Fax:  305.371.7580
e-mail: mholt@rumberger.com

**Richard Alan Sharpstein, Esq.**
Jorden Burt LLP
777 Brickell Ave Ste 500
Miami, Florida 33131
Tel.:  305.371.2600
Fax:  305.372.9928
e-mail: ras@jordenusa.com

**Arthur R. Rosenberg, Esq.**
Arthur R. Rosenberg, P.A.
6499 Powerline Rd., Suite 106
Fort Lauderdale, Florida 33309
Tel:  954.772.5151
Fax:  954.772.4224
e-mail: arr@arrosenberg.com

**David B. Rothman, Esq.**
Rothman & Associates P A
200 S Biscayne Blvd., Suite 2770
Miami, Florida 33131
Tel.:  305.358.9000
Fax:  305.374.5747
e-mail: DBR@RothmanLawyers.com